IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

REYNALDO DIAZ MONZON
YESENIA BASABE VELAZQUEZ

DEBTOR(S)

CASE NO. 11-05083-BKT

CHAPTER 13

## NOTICE OF FINAL CURE PAYMENT

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Alejandro Oliveras-Rivera reports that the amount required to cure the default on the claim listed below has been paid in full.

**Creditor: BANCO POPULAR DE PR**

| Claim Number | Claim Allowed |
|---|---|
| 06-2 | $4,123.04 |
| Total Amount Paid by Trustee | $4,123.04 |

**Monthly Mortgage Payment**

Mortgage is paid by:

   _   Chapter 13 Trustee        x   Debtor (s)

Pursuant to Fed.R.Bank.P.3002.1(g), within **21 days** of the service of this Notice of Final Cure Payment, the creditor shall file and serve a statement on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, indicating 1) whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the default on the claim; and 2) whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No.   11-05083-BKT

Page No.   2

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to debtor(s) attorney. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor and CREDITOR BANCO POPULAR DE PR.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, July 19, 2016.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

11-05083-BKT   CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

BANCO POPULAR DE PR
MORTGAGE SERVICING DIV (762)
PO BOX 362708
SAN JUAN, PR  00936 -2708

BANCO POPULAR DE P.R. MORTGAGE DIV.
C/O CARDONA-JIMENEZ LAW OFFICES
PO BOX 9023593
SAN JUAN, PR  00902 -3593

BANCO POPULAR DE PR
MORTGAGE SERVICING DIV (762)
PO BOX 362708
SAN JUAN, PR  00936 -2708

REYNALDO DIAZ MONZON and YESENIA BASABE VELAZQUEZ
RR 10 BOX 10085
SAN JUAN, PR  00926

ROBERTO FIGUEROA CARRASQUILLO*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR  00726-0186


DATED:   July 19, 2016

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE NO    11-05083-BKT