United States Bankruptcy Court
District of Puerto Rico

In re:                                                          Case No. 11-05083-BKT
REYNALDO DIAZ MONZON                                            Chapter 13
YESENIA BASABE VELAZQUEZ
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0104-3         User: rodriguez         Page 1 of 1            Date Rcvd: Jul 18, 2016
                            Form ID: dmtd           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
db/jdb        +REYNALDO DIAZ MONZON,    YESENIA BASABE VELAZQUEZ,    RR 10 BOX 10085,    SAN JUAN, PR 00926-9512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              ALEJANDRO  OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO  OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO  OLIVERAS RIVERA
               enogueras@ch13sju.com
              FRANCISCO J CARDONA    on behalf of Creditor   BANCO POPULAR  PUERTO RICO cardonaesq@gmail.com,
               jcardona@cardonalaw.com
              JOSE F CARDONA JIMENEZ    on behalf of Creditor   BANCO POPULAR  PUERTO RICO jf@cardonalaw.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Joint Debtor YESENIA  BASABE VELAZQUEZ
               cmecf@rfclawpr.com,  cmecf.rfclawpr@gmail.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor REYNALDO  DIAZ MONZON cmecf@rfclawpr.com,
               cmecf.rfclawpr@gmail.com
                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**REYNALDO DIAZ MONZON**
**YESENIA BASABE VELAZQUEZ**


**xxx–xx–2631**
**xxx–xx–8928**

Debtor(s)

Case No. **11–05083 BKT**

Chapter **13**


FILED & ENTERED ON 7/18/16

*ORDER*

Upon debtor's (s') reply (see docket entry #78), the motion to dismiss filed by Trustee (docket entry #77) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, July 18, 2016 .

Brian K. Tester
United States Bankruptcy Judge